UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| SONTAY T. SMOTHERMAN, | ) | |
| | ) | |
| Petitioner, | ) | Civil No. 7:19-cv-00038-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| H. JOYNER, Warden, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1.      Sontay T. Smotherman's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [R. 1] is **DENIED** without prejudice for failure to fully exhaust his administrative remedies.

2.      This action is **STRICKEN** from the Court's docket.

3.      This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 7th day of May, 2019.

Gregory F. Van Tatenhove
United States District Judge